**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'CONNOR,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE,<br><br>  Defendant. | Case No. 3:13-cv-05874 NC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Dkt. No. 22 |

Having considered plaintiff's request for extension of time to file a response to defendant's motion to dismiss first amended complaint, the Court GRANTS the request. Plaintiff must file his opposition by April 4, 2014. Defendant's reply must be filed by April 18, 2014. The hearing is rescheduled to April 23, 2014 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: March 12, 2014

NATHANAEL COUSINS
United States Magistrate Judge