1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12   ROBERT H. O'CONNOR,                     Case No. 13-cv-05874 NC

13              Plaintiff,                    **ORDER GRANTING**
                                             **DEFENDANT'S REQUEST TO**
14        v.                                 **SHORTEN TIME TO HEAR**
                                             **MOTION TO EXPUNGE LIS**
15   NATIONSTAR MORTGAGE, LLC,               **PENDENS**

16              Defendant.                   Re: Dkt. No. 42

17

18        On May 21, 2014, Nationstar filed a request under Civil Local Rule 6-3 to shorten

19   time to hear Nationstar's motion to expunge lis pendens, which is currently set for hearing

20   on June 18, 2014.   Dkt. Nos. 41, 42.  O'Connor has not filed an opposition to the request to

21   shorten time.  The Court GRANTS the motion to shorten time, and resets the hearing on the

22   motion to expunge lis pendens, Dkt. No. 41, from June 18 to June 4, 2014 at 1:00 p.m. in

23   Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

24   California

25        IT IS SO ORDERED.

26        Date: May 29, 2014                 _____
                                             Nathanael M. Cousins
27                                           United States Magistrate Judge

28