UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. O'CONNOR,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>   Defendant. | Case No. 13-cv-05874 NC<br><br>**ORDER DECLINING TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Dkt. No. 63 |

On September 12, 2014, the Court issued an order denying pro se plaintiff Robert O'Connor's motion for leave to file a second amended complaint, dismissed the case, and entered a final judgment. Dkt. Nos. 60, 61. On October 9, 2014, O'Connor filed a notice of appeal. Dkt. No. 62. On October 14, 2014, O'Connor filed a motion for relief from the order of dismissal and judgment under Federal Rule of Civil Procedure 60(b). Dkt. No. 63.

This Court lacks jurisdiction to entertain the Rule 60(b) motion because it was filed after the filing of the notice of appeal. *Katzir's Floor & Home Design, Inc. v. M–MLS.com*, 394 F.3d 1143, 1147-48 (9th Cir. 2004). "To seek Rule 60(b) relief during the pendency of an appeal, the proper procedure is to ask the district court whether it wishes to entertain the motion, or to grant it, and then move [the Court of Appeals], if appropriate, for remand of the case." *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004) (internal quotation

1  marks and citations omitted).

2      Here, because O'Connor did not follow the proper procedure, this Court has no
3  jurisdiction to rule on his Rule 60(b) motion. Even if the Court were to construe
4  O'Connor's pro se filing as a motion asking this Court whether it wishes to entertain his
5  Rule 60(b) motion, the Court would decline to entertain or to grant the Rule 60(b) motion
6  because the motion merely repeats arguments already rejected by the Court's order of
7  dismissal and presents no grounds justifying relief from the judgment.

9      IT IS SO ORDERED.

10     Date: December 29, 2014         _____
                                                Nathanael M. Cousins
11                                                 United States Magistrate Judge